UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TATE & LYLE SUGAR HOLDINGS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1800** |
| **CONTINENTAL CASUALTY COMPANY** | **SECTION "S" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant Continental Casualty Company's Opposed Motion for Extension of Discovery Period Set by the Court and Enlargement of Time to File Supplemental Memoranda Regarding the Jurisdictional Issue [Doc. #29] is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall submit supplemental memoranda to the court regarding whether Tate & Lyle Sugar Holdings, Inc.'s principal place of business is in Illinois or Delaware by September 27, 2010.

New Orleans, Louisiana, this __21st__ day __September__, 2010.

_____
**UNITED STATES DISTRICT JUDGE**